IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEVIN SCOTT,<br><br>         Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC. and<br>JPG WACO HERITAGE, LLC,<br><br>         Defendants. | Civil Action No: 3:22-cv-1253 |

## NOTICE OF SETTLEMENT AS TO DEFEDANT TRANSWORLD SYSTEMS, INC.

Plaintiff Devin Scott, by and through undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff and Defendant Transworld Systems, Inc., have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests forty-five (45) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

Respectfully Submitted,

/s/ *Robert Leach*
Robert Leach
TX Bar No. 24103582
**Jaffer & Associates PLLC**
5757 Alpha Rd, Suite 430
Dallas, TX 75240
Phone:   (214) 494-1871
Fax:     (888) 530-3910
Email:   attorneys@jaffer.law
*Attorney for Plaintiff*

1

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, October 24, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served via CM/ECF upon on all parties of record or in a manner according to the rules.

/s/ *Robert Leach*
Robert Leach