IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEVIN SCOTT,<br><br>　　　Plaintiff,<br><br>v.<br><br>TRANSWORLD SYSTEMS INC. and<br>JPG WACO HERITAGE, LLC,<br><br>　　　Defendants. | Civil Action No: 3:22-cv-1253 |

**NOTICE OF SETTLEMENT AS TO DEFEDANT**
**JPG WACO HERITAGE, LLC**

Plaintiff Devin Scott, by and through undersigned counsel, hereby submits this Notice of Settlement and states that Plaintiff and Defendant JPG Waco Heritage, LLC, have reached a settlement of this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Plaintiff respectfully requests forty-five (45) days to complete the necessary settlement paperwork and file the appropriate dismissal documents with the Court.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,


　　　　　　　　　　　　　　　　　　　　/s/ *Robert Leach*
　　　　　　　　　　　　　　　　　　　　Robert Leach
　　　　　　　　　　　　　　　　　　　　TX Bar No. 24103582
　　　　　　　　　　　　　　　　　　　　**Jaffer & Associates PLLC**
　　　　　　　　　　　　　　　　　　　　5757 Alpha Rd, Suite 430
　　　　　　　　　　　　　　　　　　　　Dallas, TX 75240
　　　　　　　　　　　　　　　　　　　　Phone:　(214) 494-1871
　　　　　　　　　　　　　　　　　　　　Fax:　　(888) 530-3910
　　　　　　　　　　　　　　　　　　　　Email:　attorneys@jaffer.law
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Thursday, November 3, 2022, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the Northern District of Texas and served via CM/ECF upon on all parties of record or in a manner according to the rules.

*/s/ Robert Leach*
Robert Leach
