IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DEVIN SCOTT, § § Plaintiff, § § v. § § TRANSWORLD SYSTEMS INC. and § JPG WACO HERITAGE, LLC, § § Defendants. § | Civil Action No. **3:22-CV-1253-L** |

## ORDER

Before the court is the parties' Joint Stipulation of Dismissal with Prejudice as to Defendant Transworld Systems Inc. pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 26), filed November 22, 2022. As the parties have agreed to this dismissal pursuant to this rule, it is dismissed as a matter of course, and no court order is required. The parties, however, request that an order of dismissal be issued, and the court enters such order pursuant to their request. Accordingly, this action is **dismissed with prejudice**. The parties shall bear their own costs and attorney's fees.

**It is so ordered** this 28th day of November, 2022.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

Order – Solo Page